# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3724
LT Case No. 16-2011-CF-010132-A

———————————————

BENJAMIN B. MORALES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Benjamin B. Morales, Sneads, pro se.

No Appearance for Appellee.

June 23, 2026

PER CURIAM.

   AFFIRMED.

WALLIS, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____